1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LONNIE RAY CARTER,

                          Plaintiff,

        v.

ASHLEY A. ZUBER et al.,

                          Defendants.

CASE NO. 3:20-cv-05166-RJB-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

    THIS MATTER comes before the Court on the Report and Recommendation of

Magistrate Judge J. Richard Creatura.  Dkt. 22.  The Court has reviewed the Report and

Recommendation, to which there are no objections, the remaining record, and does hereby find

and ORDER: the Court adopts the Report and Recommendation.  All claims are dismissed

except the claims against defendants for alleged violations of plaintiff's Eighth Amendment

rights, which survive.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The dismissal of plaintiff's claims against defendants for alleged violations of the Sixth and Fourteenth Amendments and 42 U.S.C. § 1985 is without prejudice and with leave to amend. Plaintiff may amend his complaint regarding these claims to cure the deficiencies noted in the Court's Order and, if he does so, shall file his amended complaint **within thirty (30) days from the date of this Order**.  Plaintiff must also include his claims against defendants under the Eighth Amendment because an amended complaint supersedes the original complaint.  Plaintiff does *not* have leave to amend his claims against defendants under the Fifth Amendment and 18 U.S.C. § 242.

**IT IS SO ORDERED**.

The Clerk shall send uncertified copies of this Order to plaintiff and Judge Creatura.

Dated this 23rd day of December, 2020.

ROBERT J. BRYAN
United States District Judge